plead before trial and cannot be raised for the first time on motion for new trial. Hill v. State, 79 Tex.Cr.R. 555, 186 S.W. 769.

Finding no reversible error, the judgment of the trial court is affirmed.

The record contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Santos KEPLER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27668.

Court of Criminal Appeals of Texas.

Oct. 12, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is an aggravated assault upon an officer; the punishment, a fine of $75.